THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Derrick Bernard
 Turner, Appellant.
 
 
 
 
 

Appeal from York County
Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2010-UP-101
 Submitted January 4, 2010  Filed February
4, 2010   

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney
 General Salley W. Elliott, all of Columbia; Solicitor Kevin S. Brackett, of York,
 for Respondent.
 
 
 

PER CURIAM: Derrick Bernard Turner appeals his conviction and
 sentence for trafficking crack cocaine, first offense.  Turner argues that
 defense counsel deviated from arguing on his behalf during opening statements.  After a thorough review of
 the record and counsel's brief, pursuant to Anders v. California, 386
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
WILLIAMS, PIEPER, and Lockemy, JJ., concur. 

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.